UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CHARLES CANNAN,<br><br>        Petitioner,<br><br>    v.<br><br>SANDRA HUTCHENS,<br><br>        Respondent. | NO. SACV 09-01264-GAF (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 19, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE